IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:09-CV-00459

| | |
|---|---|
| JOHN HENRY MARTIN, Jr., individually, and as parent and guardian of M.R.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>HEMOPHILIA RESOURCES OF AMERICA NC, HEMOPHILIA RESOURCES OF AMERICA, INC., HEMOPHILIA HEALTH SERVICES, INC., ACCREDO HEALTH GROUP, INC., MEDICAL SPECIALTIES DISTRIBUTORS, LLC, AM2PAT, INC., d/b/a SALIENT HEALTHCARE TECHNOLOGY and "SIERRA PREFILLED" and/or SIERRA PRE-FILLED INC.", and DUSHYANT M. PATEL,<br><br>Defendants. | ORDER ON JOINT MOTION FOR MODIFICATION OF CASE MANAGEMENT ORDER |

This matter is before the Court on the parties' joint motion for modification of the Case Management Order. Having studied the motion, the Court concludes that there is good cause to support the requested modifications and therefore GRANTS the motion. It is hereby ORDERED that the Case Management Order is modified in the following respects:

    a. Disclosures required under Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, shall be served by Plaintiff by March 1, 2011, and by Defendants by June 15, 2011.

    b. Defendants shall complete depositions of Plaintiff's experts by April 15, 2011, and Plaintiff shall complete depositions of Defendants' experts by August 1, 2011.

1

c. Plaintiff shall have until August 15, 2011, to file a motion requesting designation of any rebuttal experts.

d. All discovery shall be commenced or served in time to be completed by September 3, 2011.

e. Supplementations of disclosures under Federal Rule of Civil Procedure 26(e) shall be served no later than July 15, 2011.

f. All potentially dispositive motions shall be filed by October 1, 2011, if no rebuttal experts have been designated by Plaintiff.

g. This case shall be ready for a jury trial on February 21, 2012.

The remaining terms in the existing Case Management Order remain in effect and binding.

This the 14th day of October, 2010.

_____
United States District Judge